REGINA J. McCLENDON (State Bar No. 184669)
rjm@severson.com
ERIK KEMP (State Bar No. 246196)
ek@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendants
FORD MOTOR CREDIT COMPANY
LLC dba MAZDA AMERICAN
CREDIT

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| JEREMY WORRALL, as an individual consumer and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MAZDA MOTOR OF AMERICA, INC., a California corporation dba MAZDA NORTH AMERICAN OPERATIONS, MAZDA AMERICAN CREDIT, INC., and FORD CREDIT, a Delaware limited liability company,<br><br>Defendants. | Case No.: 5:CV08-1846 VAP (PLAx)<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>[Fed. R. Civ. P., Rule 41(a)] |

1. Plaintiff Jeremy Worrall ("plaintiff") and defendant Ford Motor Credit Company LLC dba Mazda American Credit ("Ford Credit"), through their counsel, stipulate as follows:

1. Plaintiff filed this putative class action against Ford Credit and other defendants challenging the application of payments on his Ford Credit account.

2. After the lawsuit was filed, plaintiff and Ford Credit conducted an investigation of the claims asserted and determined that the case was not amenable to class certification because the challenged practice, which Ford Credit denies is wrongful, affected only a few persons. Based upon these facts, plaintiff no longer wishes to pursue his class claims and has reached a settlement of his individual claims with Ford Credit.

3. No motion for class certification has been filed in this matter, and the Court has not certified any class.

4. The dismissal of this case will not preclude putative class members' claims, if any. Ford Credit denies that it violated the Unfair Competition Law, Cal. Bus. & Prof. Code, 17200 *et seq.*, Rosenthal Act, Cal. Civ. Code, § 1788 *et seq.* or any other applicable law with respect to plaintiff or any member of the putative class alleged by plaintiff.

5. Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure allows the parties to stipulate to the dismissal of an action at any time. Rule 23(e) does not limit the right to stipulate to dismissal of this putative class action because it only applies to certified classes, and no class has been certified in this matter. No notice is required to putative class members under Rule 23(e) since, as explained above, the settlement and dismissal does not bind them in any way.

Accordingly, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff and Ford Credit agree that the entire complaint shall be dismissed in its entirety and with prejudice with respect to the claims by plaintiff individually

- 1 -

against Ford Credit, and without prejudice as to the claims by the putative, uncertified class against Ford Credit.

IT IS SO STIPULATED.

DATED: August 24, 2009

SEVERSON & WERSON
A Professional Corporation

By: /s/ *Regina J. McClendon*
Regina J. McClendon
Attorneys for Defendants
FORD MOTOR CREDIT COMPANY LLC dba MAZDA AMERICAN CREDIT

DATED: August 24, 2009

HEWELL LAW FIRM

By: /s/ *Harold M. Hewell*
Harold M. Hewell
Attorneys for Plaintiff
JEREMY WORRALL

IT IS SO ORDERED
Dated August 26 2009

_____
United States District Judge